**John Paul TURNER, a/k/a Pops,
Plaintiff—Appellant,**

**v.**

**George BUSH, U.S. President and Com-
mander in Chief of the U.S. Armed
Forces; Tim Kaine, Virginia Governor
and Commander of the Virginia Army
National Guard; John Roberts, Chief
Justice of the United States Supreme
Court, Defendants—Appellees.**

No. 06–2007.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 2, 2007.

Decided: Feb. 28, 2007.

John Paul Turner, Appellant Pro Se.

Before NIEMEYER, MICHAEL, and
TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Paul Turner appeals the district court's order dismissing this action as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B). We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. *Turner v. Bush,* No. 7:06–cv–00526–sgw (W.D.Va. Aug. 31, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*